FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KRYSTAL JEFFRIES, and KRYSTAL JEFFRIES,<br><br>Plaintiffs,<br><br>v.<br><br>ALL STAR PROPERTY MANAGEMENT, LLC, GIEVE PARKER, and ARLIN JORDAN,<br><br>Defendants, | No. 2:22-CV-00067-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 32** |
| ARLIN JORDIN,<br><br>Crossclaimant,<br><br>v.<br><br>ALL STAR PROPERTY MANAGEMENT, LLC, and GIEVE JORDAN,<br><br>Crossclaim Defendants. | |

ORDER - 1

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 32. The parties stipulate to the dismissal of this action in its entirety, with prejudice.[1] *Id.* at 1-2. The parties further request that the Court retain jurisdiction to enforce the terms of their settlement agreement. *Id.* at 2.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, **ECF No. 17**, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, any claims brought by the United States that do not fall within the "Covered Conduct" defined in the parties' settlement agreement are **DISMISSED without prejudice**, without an award of fees or costs. All other claims are **DISMISSED with prejudice**, without an award of fees or costs.

   a. The Court retains continuing jurisdiction to enforce the terms of the settlement agreement contained in ECF No. 32 at 6-20.

---

[1] The parties clarify that the dismissal of the United States' claims is with prejudice only "to the extent of the Covered Conduct as that term is defined in the attached Settlement Agreement, and otherwise without prejudice . . . ." ECF No. 32 at 2.

ORDER - 2

3. All pending motions, if any, are **DENIED as moot**.

4. All pending dates and deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to the counsel, and **CLOSE the file**.

DATED September 30, 2024.

<u>*s/Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3